# Court of Appeals
# of the State of Georgia

ATLANTA,  January 11, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0711. WOODROW THOMAS WHIPPLE v. EGM CONSTRUCTION SERVICE, LLC.

This case began in magistrate court after Woodrow Thomas Whipple filed an action against EGM Construction Service, LLC to recover $4,538.49 in damages for repair work negligently completed at Whipple's home. Following an award of $538.49, plus interest and court costs in the magistrate court, Whipple appealed to the superior court. The superior court conducted a hearing and awarded Whipple $60. Whipple then filed this direct appeal. We, however, lack jurisdiction for two reasons.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). Likewise, appeals in actions for damages in which the judgment is $10,000.00 or less must be brought by discretionary application. OCGA § 5-6-35 (a) (6); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Whipple's failure to follow the proper appellate procedure deprives us of jurisdiction over this

appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  <u>01/11/2023</u>

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*